IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No. 3:12-40-JFA |
|---|---|---|
| vs. | ) | ORDER |
| DARRELL ANTONIO WRIGHT | ) | |

The government has moved for an order directing former defense counsel to provide an affidavit addressing the ineffective assistance issue raised in the defendant's motion under 28 U.S.C. §2255. For good cause shown, the court determines the government's request is appropriate and its motion (ECF No. 291) is granted.

IT IS THEREFORE ORDERED that the defendant's former attorney, James P. Craig, is required to provide an affidavit to the government within 20 days of this order and the government will have 30 days after it has received the affidavit from defense counsel and/or any additional transcripts are received to file its response to the § 2255 motion.

IT IS SO ORDERED.

July 15, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge